SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
YVONNE W. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YVONNE W. WHITE, | CASE NO. |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | |
| DUGGAN'S FUNERAL SERVICE, A California Corporation; and DOES 1-25, Inclusive, | **CERTIFICATION OF INTERESTED PARTIES** |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: 6/3/08                              SIDNEY J. COHEN
                                           PROFESSIONAL CORPORATION

                                                  /s/ Sidney J. Cohen
                                           By _____

                                           Sidney J. Cohen
                                           Attorney for Plaintiff
                                           Yvonne W. White

Certification Of Interested Parties