SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
YVONNE W. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE W. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>DUGGAN'S FUNERAL SERVICE, A California Corporation; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 08-2782<br><u>Civil Rights</u><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6/5/08

                              SIDNEY J. COHEN
                              PROFESSIONAL CORPORATION

                                     /s/ Sidney J. Cohen
                              By _____

                                Sidney J. Cohen
                                Attorney for Plaintiff
                                Yvonne W. White