1  MARK L. DAWSON (State Bar No. 166956)
   ERIC S. RITIGSTEIN (State Bar N0. 249026)
2  CRADDICK, CANDLAND & CONTI
   A Professional Corporation
3  915 San Ramon Valley Blvd., Suite 260
   Danville, CA  94526-4020
4  Telephone:  (925) 838-1100
   Facsimile:  (925) 743-0729
5
   Attorneys for Defendant(s),
6  DUGGAN'S FUNERAL SERVICE

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| YVONNE W. WHITE, | No. C08-02782 EMC |
|---|---|
| Plaintiff(s), | Honorable Magistrate Edward M. Chen, Courtroom C, 15th Floor |
| vs. | |
| DUGGAN'S FUNERAL SERVICE, A CALIFORNIA CORPORATION; AND DOES 1-25, INCLUSIVE, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| Defendant(s). | |

       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

       DATED:     August 20, 2008.
                                    CRADDICK, CANDLAND & CONTI

                                    By: _____
                                        MARK L. DAWSON
                                        Attorney for Defendant(s),
                                        DUGGAN'S FUNERAL SERVICE