AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

YVONNE W. WHITE

                  Plaintiff (s),

V.

DUGGAN'S FUNERAL SERVICE, et al.

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C08-02782 EMC

Notice is hereby given that, subject to approval by the court, __DUGGAN'S FUNERAL SERVICE__ substitutes
                                                                                          (Party (s) Name)

__Mark L. Dawson (Middlebrook Kaiser Hengesbach & Dawson)__ , State Bar No. __166956__ as counsel of record in
                          (Name of New Attorney)

place of __Mark L. Dawson, Esq. (Craddick, Candland & Conti)__
                                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Middlebrook, Kaiser, Hengesbach & Dawson
    Address:         500 La Gonda Way , Suite 215, Danville, CA  94526
    Telephone:      (925) 718-1040          Facsimile  (925) 743-1148
    E-Mail (Optional):

I consent to the above substitution.
Date: 3/30/2010
                                                                (Signature of Party (s))

I consent to being substituted.
Date: 3/12/2010
                                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/12/2010
                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 4/1/10

*IT IS SO ORDERED* — Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]