```
SIDNEY J. COHEN, ESQ., State Bar No.  39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682

Attorneys for Plaintiff
YVONNE W. WHITE
```

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE W. WHITE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DUGGAN'S FUNERAL SERVICE, A California Corporation;  and DOES 1-25, Inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO.  C 08-02782 EMC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Federal Rule of Civil Procedure 41 |

　　　　Plaintiff Yvonne W. White  and defendant Duggan's Funeral Service, A California Corporation, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41.

　　　　Plaintiff filed this lawsuit  on June 4, 2008 .

　　　　Plaintiff  and defendants  have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. The "Mutual Release And Settlement Agreement"   is incorporated by reference herein as if set forth in full. Plaintiff  and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

　　　　Plaintiff  moves to dismiss with prejudice the lawsuit against defendant.

　　　　Defendant, who has answered the complaint, agrees to the dismissal with prejudice.

1  This case is not a class action, and no receiver has been appointed.

2  This Stipulation and Order may be signed in counterparts, and facsimile or
3  electronically transmitted signatures shall be as valid and binding as original
4  signatures.

5  Wherefore, plaintiff and defendant, by and through their attorneys of
6  record, so stipulate.

7  Date: 7/29/10                                SIDNEY J. COHEN
                                                PROFESSIONAL CORPORATION
8
                                                      /s/ Sidney J. Cohen
9                                               By _____
                                                Sidney J. Cohen
10                                              Attorney for Plaintiff

11 DATE: 7/29/2010                              MIDDLEBROOK, KAISER,
                                                HENGESBACH & DAWSON
12
                                                      /s/ Eric S. Ritigstein
13 _____             By _____
                                                Mark L. Dawson or Eric S. Ritigstein
14                                              Attorneys for Defendant

15
   PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO
16
   ORDERED:
17
   The lawsuit against defendant is dismissed with prejudice. The Court shall
18
   retain jurisdiction to enforce the parties' "Mutual Release And Settlement
19
   Agreement."
20
   Date:  7/30/10
21                                              _____
                                                Honorable Edward M. Chen
22                                              United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Stipulation And Order For Dismissal                -2-